U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2013 JAN 25  PM 12:01

LORETTA G. WHYTE
CLERK



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR FAILURE TO REGISTER AS A SEX OFFENDER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 13-016 |
| v. | * | SECTION: SECT. F  MAG. 1 |
| JAMES W. HENLEY | * | VIOLATION: 18 U.S.C. § 2250(a) |

\* \* \*

The Grand Jury charges that:

### COUNT 1

Beginning at sometime after on or about October 19, 2012, to on or about January 11, 2013, in the Eastern District of Louisiana and elsewhere, the defendant, **JAMES W. HENLEY**, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce, and did knowingly fail to register and update a registration.

Fee ___ USA
✓ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

All in violation of Title 18, United States Code, Section 2250(a).

**A TRUE BILL:**

_____
FOREPERSON

_____
DANA J. BOENTE
UNITED STATES ATTORNEY

_____
FRED P. HARPER, JR. (6566)
First Assistant United States Attorney

_____
DUANE EVANS (14086)
Assistant United States Attorney
Criminal Division Chief

_____
BRIAN M. KLEBBA (NY 2938728)
Assistant United States Attorney

January 25, 2013
New Orleans, Louisiana

FORM OBD-34

No. _____

UNITED STATES DISTRICT COURT
_____Eastern_____ *District of* _____Louisiana_____
_____Criminal_____ *Division*

THE UNITED STATES OF AMERICA

vs.

JAMES W. HENLEY

INDICTMENT

INDICTMENT FOR FAILURE TO REGISTER AS A SEX OFFENDER

VIOLATION:    18 U.S.C. § 2250(a)

_____ *A true bill*

_____ *Foreperson*

*Filed in open court this* _____ *day, of*
_____ *A.D. 2013.*

_____
*Clerk*

Bail, $ _____

_____
**BRIAN M. KLEBBA**
**Assistant United States Attorney**