```
MINUTE ENTRY
FELDMAN, J.
JUNE 12, 2013
```

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


```
UNITED STATES OF AMERICA              CRIMINAL ACTION

VERSUS                                NO. 13-0016

JAMES W. HENLEY                       SECTION "F"
```

                            **RE-ARRAIGNMENT**


```
CT DEP: CHARLES A. ARMOND              CT. REP.  TONI TUSA

GOVT ATTY:    BRIAN M. KLEBBA
DEFT ATTY:    GEORGE CHANEY, JR.

US PROB:  BRIAN BOND

REARR:      X deft sworn
            X deft pleads guilty to Ct 1
            X Court questions the deft.
            X deft waives reading of the indictment
              plea letter filed
            X govt. details the evidence
            X Court accepts plea and adjudges deft guilty
            X PSI ordered
            X deft remanded to custody
              deft released on bond
            X sentencing date set for October 9, 2013 at 1:30PM
```

**IT IS ORDERED that the trial and pre-trial of the above defendant is cancelled.**


```
JS10-.20 MINUTES
```