MINUTE ENTRY
FELDMAN, J.
OCTOBER 9, 2013

JS10: 00:10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 13-0016

JAMES W. HENLEY                             SECTION "F"(1)

**SENTENCING**

CASE MANAGER:        CHARLES A. ARMOND
COURT REPORTER:      ARLENE MOVAHED

PRESENT:             BRIAN M. KLEBBA, COUNSEL FOR THE GOVERNMENT
                     GEORGE CHANEY, JR. COUNSEL FOR DEFENDANT
                     ANTHONY MARSH, U.S. PROBATION
                     JAMES W. HENLEY, DEFENDANT

DEFENDANT WAS SENTENCED ON COUNT 1 OF THE INDICTMENT.
DEFENDANTS MOTION FOR DOWNWARD VARIANCE - DENIED.
SEE JUDGMENT AND COMMITMENT ORDER.
DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

COURT ADJOURNED - 1:50 P.M.