```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| UNITED STATES OF AMERICA | | CRIMINAL ACTION |
|---|---|---|
| VS. JAMES W. HENLEY | XXX-XX-2427 | 13-0016/F |
| | (SOC. SEC. NO.) | (CASE NO./SEC.) |

JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government,   Month      Day     Year
the defendant appeared in person on this date ------( OCTOBER     9,     2013)

```
                    However the court advised defendant of right to counsel
                    and asked whether defendant desired to have counsel
   WITHOUT COUNSEL  appointed by the court and the defendant thereupon
                    waived assistance of counsel.

 X WITH COUNSEL      GEORGE CHANEY, JR. - FPD
                     (Name of Counsel)
```

Court Reporter's Name: ARLENE MOVAHED

**PLEA:** X **GUILTY,** and the court being satisfied __**NOLO CONTENDERE** ___**NOT GUILTY** that there is a factual basis for the plea.

```
                              (___ NOT GUILTY. Defendant is discharged.
There being a finding of
                              ( X  GUILTY on JUNE 12, 2013
```

The defendant has been convicted as charged of the offense(s) of 18 USC 2250(a) - Failure to Register as a Convicted Sex Offender as charged in Ct. 1 of the Indictment.

The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 41 months as to Count 1. The defendant does not have the ability to pay a fine and the Court will waive the fine in this case. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years as to Count 1. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall comply with the standard general conditions that have been adopted by this court. The defendant shall not possess a firearm, ammunition, destructive device or any other dangerous weapon. He shall cooperate in the collection of a DNA sample and not possess an controlled substances. In addition, the following special conditions are imposed: The defendant shall comply with all federal, state and local sex offender laws, as outlined by the United States Probation Officer. The defendant shall not seek or maintain employment, volunteer, or participate in any program and/or activity allowing contact with children under the age of 18. The defendant shall not date or cohabitate with anyone who has children under the age of 18. The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days unless excused for schooling, training, or other acceptable reasons. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earning Statements, and other documentation requested by the United States Probation Officer.

If unemployed, the defendant shall participate in employment readiness programs, as approved by the probation officer. The defendant shall reside in a residential reentry center. The defendant shall observe the rules of that facility and contribute to the cost of such confinement to the extent that the defendant is deemed capable by the United States Probation Officer. The defendant shall participate in an approved cognitive behavioral therapeutic treatment program and abide by all supplemental conditions of treatment. The defendant shall contribute to the cost of this program to the extent that the defendant is deemed capable by the United States Probation Officer.  The defendant is remanded to custody.

**IT IS FURTHER ORDERED** that the defendant shall pay to the United States a special assessment of $100.00   as to Count(s)  1 , for a total assessment of $100.00

**IT IS FURTHER ORDERED** that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.  In addition to the special conditions of probation imposed above,  **IT IS HEREBY ORDERED** that the general conditions of probation/supervised release set out on the reverse side be imposed.
_____

**IT IS FURTHER ORDERED:**
[  ] The defendant shall pay any fines that remain unpaid at the commencement of the term
      of supervised release.
[  ] The court has determined that the defendant does not have the ability to pay interest.
      The interest requirement is (waived) (modified as follows):

| **SIGNED BY:** | | CERTIFIED AS A TRUE COPY |
|---|---|---|
| xxx  U.S. District Judge | /s/ Martin L. C. Feldman | ON THIS DATE _____ |
| ____ U.S. Magistrate | | BY: _____ |
| | (Date) October 9, 2013 | Deputy Clerk |

**STANDARD CONDITIONS OF SUPERVISION**

While the defendant is on probation or supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully, all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least two weeks prior to any change in residence and within seventy-two hours of any change of employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

The court makes the following recommendation to the Bureau of Prisons:

**IT IS ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the U.S. Marshal or other qualified officer.

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____

_____ at _____, with a certified copy of this Judgment.

United States Marshal

Deputy Marshal