PROB 12B
(06/15)

PACTS #: 14940

# UNITED STATES DISTRICT COURT

for the

### EASTERN DISTRICT OF LOUISIANA

**Request for Modifying the Conditions or Terms of Supervision
With Consent of the Offender
(Probation Form 49, Waiver of Hearing Attached)**

**Name of Offender:** James Henley                                   **Case Number:** 053L 2:13CR00016-001

**Name of Sentencing Judicial Officer:** Honorable Martin L. C. Feldman

**Date of Sentence:** October 9, 2013

**Offense:** 18 USC 2250(a) – Failure to register as a convicted sex offender

**Sentence:** 41 months in the custody of the Bureau of Prisons, to be followed by a three year term of supervised release. A $100.00 special assessment fee was also ordered.

**Special Conditions:**
1. Comply with all sex offender laws.
2. No employment, volunteering, or participating in activities allowing contact with children under the age of 18.
3. Maintain full-time employment.
4. Reside in the residential reentry center.
5. Participate in a cognitive behavioral program.

**Other Court Action:** None

**Type of Supervision:** Supervised Release                **Date Supervision To Commence:** December 31, 2015

---

### PETITIONING THE COURT

☐ To extend the term of supervision for ___ , for a total of ___ years

☒ To modify the conditions of supervision as follows:

Community Confinement: The defendant shall reside in the local halfway house for a period of six months and shall observe the rules of that facility. The defendant shall contribute to the cost of such confinement to the extent that the defendant is deemed capable by the probation office.

## REASON FOR MODIFICATION:

The October 9, 2013, Judgment and Commitment Order has a special condition for Henely to reside in the residential reentry center. However, the Judgment and Commitment Order does not specify the amount of time Henley is to reside in the residential reentry center.

Henley is scheduled to be released from the custody of the Bureau of Prisons on December 31, 2015, at which time his supervised release term will commence. Currently, Henley does not have a place to reside upon his release. As a result, it is recommended that he be placed in the residential reentry center for a period of six months to commence upon his release. During this six month period, Henley will work on locating a viable residence and employment.

Henley has signed the attached Probation Form 49, Waiver of Hearing, indicating no objection to the addition of the special condition of six months community confinement. Assistant United States Attorney, Brian M. Klebba was contacted and concurs with this officer's recommendation.

PROB 12B
(06/15)

PACTS #: 14940

_____
Brian P. Bond
Senior U. S. Probation Officer
Date:   July 21, 2015

REVIEWED BY:
_____
Jeffrey D. Harm
Supervising Probation Officer
Date:   July 21, 2015

---

## THE COURT ORDERS

☐  No Action

☐  Submit a Request for Warrant or Summons

☐  The Extension of Supervision a Noted Above

☑  The Modification of Conditions as Noted Above

☐  Other

_____
Signature of Judicial Officer

7.21.15
_____
Date

**DISTRIBUTION:**

| | | |
|---|---|---|
| Original | - | Clerk's Office |
| 1 Copy Certified | - | U. S. Attorney |
| 1 Copy Certified | - | Defense Counsel |
| 2 Copies Certified | - | U. S. Probation |

PROB 49
(3/89)

# United States District Court
for the
# Eastern District of Louisiana

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

COMMUNITY CONFINEMENT: The defendant shall reside in the local halfway house for a period of six months and shall observe the rules of that facility. The defendant shall contribute to the cost of such confinement to the extent that the defendant is deemed capable by the probation officer.

Witness _____          Signed _____
        Javier Cano                              James Henley
        (Case Manager)                           (Supervised Releasee)

                    5/11/2015
                     (Date)